# Third District Court of Appeal

## State of Florida

Opinion filed May 30, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1299
Lower Tribunal No.  07-12974
_____

**Anthony Rogers,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Carlos J. Martinez, Public Defender, and Natasha Baker-Bradley, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before SUAREZ, LUCK, and LINDSEY, JJ.

PER CURIAM.

Anthony Rogers appeals from his conviction and sentence pursuant to a finding of violation of probation.  Both parties agree that, because the trial court

did not issue a written order of violation of probation stating the evidence and grounds for revocation, the case must be remanded with directions to render a written order of probation.

We therefore remand to the trial court solely to provide a written order of violation of probation that contains the evidence and grounds necessary to support revocation of Rogers' probation.

Remanded with instructions.